Wright *et al. v.* Herrington *et al.*

Little, J. There was no abuse of discretion in refusing the injunction, and the judgment of the court below is

*Affirmed.   All the Justices concurring.*

Submitted December 20, 1898. — Decided March 4, 1899.

Petition for injunction.   Before Judge Lumpkin.   Fulton superior court.   August 29, 1898.

*Eric Gambrell* and *James T. Wright,* for plaintiffs in error. *James K. Hines,* contra.